# Exhibit A



December 18, 2024

Corporate Secretary
Airbnb, Inc.
888 Brannan Street
San Francisco, CA 94103

**Re:  Report on Risks of Politicized Divestments**

Dear Secretary,

I hereby submit the enclosed shareholder proposal ("Proposal") for inclusion in Airbnb's (the "Company") 2025 proxy statement to be circulated to Company shareholders in conjunction with the Company's 2025 annual meeting of shareholders. The Proposal is submitted under Rule 14a-8 (Proposals of Security Holders) of the United States Securities and Exchange Commission's proxy regulations. The resolution at issue relates to the subject described below.

      Proponent: The Heritage Foundation
      Company: Airbnb, Inc.
      Subject: Report on Risks of Politicized Divestments

I submit the Proposal on behalf of, and with the permission of, The Heritage Foundation, who has continuously owned more than $40,000 worth of Airbnb securities for more than a year and intends to continue holding the requisite amount of Company shares through the date of the Company's 2025 Annual Meeting of Shareholders. A letter from The Heritage Foundation authorizing us to submit this proposal on their behalf is enclosed.

A Proof of Ownership letter attesting to the Shareholder's ownership of the shares as of the date of this proposal's submission is forthcoming. Copies of correspondence or any request for a "no-action" letter may be sent to Jerry Bowyer, Bowyer Research, P.O. Box 120, McKeesport, PA 15135 or emailed to me at jerrybowyer@bowyerresearch.com, copying susan@bowyerresearch.com.

Sincerely,

*[signature]*

Jerry Bowyer
Bowyer Research
Enclosures (2)

## Report on Risks of Politicized Divestments

**Whereas:** Airbnb is one of the largest travel brokers in the world, with more than 7 million listings in more than 200 countries. Because of its prominent role in the global travel market, Airbnb has both an interest in, and responsibility to, address growing concerns over politicization of its services and resist current activist demands for the same.

One arena in which such politicization has become rampant is the issue of politically-motivated divestments. After the horrific and unconscionable events of October 7, many businesses, including both defense contractors like Lockheed Martin and travel companies like Tripadvisor, have come under fire for doing business[1] with actors involved in the conflict, with activists alleging that their continuance of normal business practices in the region renders companies complicit in human rights violations.

This pressure has also spread to Airbnb — a day after the initial attacks of October 7, the Boycott, Divestment, & Sanctions movement released a call[2] for "institutional pressure campaigns" against corporate actors willing to do business in regions affected by the conflict. Among the list of targeted companies? Google, Amazon… and Airbnb.

Airbnb itself is no stranger to politicized divestments. In 2018, the company announced its decision[3] to remove 200 "Israeli settlements in the occupied West Bank," citing strong views of "historic and intense disputes between Israelis and Palestinians in the West Bank" from those who "believe companies should not profit on lands where people have been displaced." In Airbnb's defense, it reversed[4] its decision regarding West Bank listings in 2019, but the damage had been done — the door for politicized divestments had been opened.

Now, Airbnb is once again facing pressure over its decision to maintain listings in areas of the world rocked by conflict. Yet this time, the pressure is not internal, but external — fueled by activists who have no investment in Airbnb's success, and who have explicitly maligned[5] Airbnb, which provides jobs to thousands and whose success has created unimaginable human flourishing worldwide, as "complicit in… crimes against humanity."

Airbnb has an opportunity to resist this profoundly anti-business activism and take a meaningful stand on behalf of shareholders and brand performance alike — politicized divestments, regardless of which side or activist cause they favor, hurt brand performance, impact shareholder return, and politicize Airbnb's corporate policies. Resisting such politicization is key to creating a world where Airbnb's mission of "belong anywhere" truly means *everywhere*, not just the places where corporate activists would like the Company to be.

**Resolved:** Shareholders request that the Board of Directors of Airbnb, Inc. report to shareholders annually, at reasonable expense and excluding confidential information, an analysis of how Airbnb oversees the legal and reputational risks connected with politicized divestments.

---

[1] https://news.airbnb.com/a-message-to-airbnb-employees-about-the-crisis-in-israel-and-gaza/
[2] https://bdsmovement.net/news/urgent-action-alert-for-meaningful-support-for-palestinians
[3] https://news.airbnb.com/listings-in-disputed-regions/
[4] https://www.nytimes.com/2019/04/09/world/middleeast/airbnb-israel-west-bank.html
[5] https://bdsmovement.net/news/urgent-action-alert-for-meaningful-support-for-palestinians



**Laura Galaida**
Senior Vice President
Foundations & Endowments

**Truist Bank**
1445 New York Avenue NW, 4th Floor
Washington, DC 20005
Tel: 202-661-0741
laura.galaida@truist.com

January 7, 2025

Corporate Secretary
Airbnb, Inc
888 Brannan Street
San Francisco, CA 94103

To Whom It May Concern:

This letter is to confirm the details of equity holdings in the Heritage Foundation's investment account at Truist.

As of December 28, 2024, the Heritage Foundation held, and has held continuously for more than 1 year, 360 shares of Airbnb (ticker ABNB) common stock.

Should you have any questions, please reach out to me directly.

Sincerely,

Laura Galaida
Senior Vice President
Truist Bank

12/17/2024

Corporate Secretary
Airbnb, Inc.
888 Brannan Street
San Francisco, CA 94103

### Re: Report on Risks of Politicized Divestments

Dear Secretary,

In accordance with Rule 14a-8 of the General Rules and Regulations of the Securities and Exchange Act of 1934, the undersigned ("Proponent") authorizes Bowyer Research, Inc. to file a shareholder proposal on the Proponent's behalf with Airbnb, Inc. ("the Company") for inclusion in the Company's 2025 proxy statement. The proposal at issue relates to the subject described below.

> Proponent: The Heritage Foundation
> Company: Airbnb, Inc.
> Subject: Report on Risks of Politicized Divestments

The Proponent gives Bowyer Research, Inc. the authority to address, on the Proponent's behalf, any and all aspects of the shareholder proposal, including drafting and editing the proposal, representing the Proponent in engagements with the Company, entering into any agreement with the Company, and designating another entity as lead filer and representative of the Proponent. The Proponent understands that the Proponent's name may appear on the company's proxy statement as the filer of the aforementioned proposal, and that the media may mention the Proponent's name in relation to the proposal. The Proponent supports this proposal and authorizes Bowyer Research to write a more detailed statement of support of the proposal on the Proponent's behalf.

The Heritage Foundation (the "Proponent") has continuously owned more than $40,000 worth of Airbnb securities for more than a year and intends to continue holding the requisite amount of Company shares through the date of the Company's 2025 Annual Meeting of Shareholders. Pursuant to interpretations of Rule 14a-8 by the U.S. Securities and Exchange Commission staff, I initially propose the following times for a telephone conference to discuss this proposal:

> January 14, 2025 at 10:00AM PT, or
> January 16, 2025, at 10:00AM PT

If these times prove inconvenient, please suggest some other times to speak. Feel free to contact me at John.Backiel@heritage.org, copying jerrybowyer@bowyerresearch.com and susan@bowyerresearch.com, so that we can determine the mode and method of that discussion.

Sincerely,

*DocuSigned by:*
*John Backiel*
41856988E1A1463...

**John Backiel**
Vice President of Finance and Accounting and Treasurer
The Heritage Foundation