IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE HERITAGE FOUNDATION; AMERICAN CONSERVATIVE VALUES ETF,<br><br>   *Plaintiffs*,<br> v.<br><br>AIRBNB, INC.; RONALD A. KLAIN; ELINOR MERTZ; ANGELA YANG; BRIAN CHESKY; ANGELA AHRENDTS; AMRITA AHUJA; NATHAN BLECHARCZYK; KENNETH CHENAULT; JOE GEBBIA; JEFFREY JORDAN; ALFRED LIN; JAMES MANYIKA,<br><br>   *Defendants*. | No. 1:25-cv-00676-GBW |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the below certification, counsel moves for the admission *pro hac vice* of R. Trent McCotter to represent the Heritage Foundation in this matter.

             <u>/s/ Julianne E. Murray</u>
             JULIANNE E. MURRAY
             Delaware Bar No.: 5649
             LAW OFFICES OF MURRAY, PHILLIPS & GAY
             215 E. Market Street
             Georgetown, DE 19947
             (302) 855-9300
             julie@murrayphillipslaw.com

             *Counsel for Plaintiffs*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                    _____

United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

/s/ R. Trent McCotter
R. Trent McCotter
D.C. Bar No.: 1011329
Boyden Gray PLLC
800 Connecticut Ave. NW #900
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

*Counsel for Plaintiff The Heritage Foundation*

2