## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE HERITAGE FOUNDATION; AMERICAN CONSERVATIVE VALUES ETF, <br><br> Plaintiffs, <br><br> v. <br><br> AIRBNB, INC.; RONALD A. KLAIN; ELINOR MERTZ; ANGELA YANG; BRIAN CHESKY; ANGELA AHRENDTS; AMRITA AHUJA; NATHAN BLECHARCZYK; KENNETH CHENAULT; JOE GEBBIA; JEFFREY JORDAN; ALFRED LIN; JAMES MANYIKA, <br><br> Defendants. | Case No. 1:25-cv-00676-GBW |

## REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

*Of Counsel:*

Blair Connelly
Zachary L. Rowen
Ben Harris
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
(212) 906-1200
blair.connelly@lw.com
zachary.rowen@lw.com
ben.harris@lw.com

Kristin N. Murphy
Allison O'Hara
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
(714) 540-1235
kristin.murphy@lw.com
allie.o'hara@lw.com

August 11, 2025

ROSS ARONSTAM & MORITZ LLP

David E. Ross (#5228)
S. Michael Sirkin (#5389)
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 576-1600
dross@ramllp.com
msirkin@ramllp.com

*Attorneys for Defendants Airbnb, Inc., Ronald A. Klain, Elinor Mertz, Angela Yang, Brian Chesky, Angela Ahrendts, Amrita Ahuja, Nathan Blecharczyk, Kenneth Chenault, Joe Gebbia, Jeffrey Jordan, Alfred Lin, and James Manyika*

## I.  INTRODUCTION

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants Airbnb, Inc. ("Airbnb"), Ronald A. Klain, Elinor Mertz, Angela Yang, Brian Chesky, Angela Ahrendts, Amrita Ahuja, Nathan Blecharczyk, Kenneth Chenault, Joe Gebbia, Jeffrey Jordan, Alfred Lin, and James Manyika (the "Individual Defendants," and together with Airbnb, "Defendants") respectfully request the Court take judicial notice of the following documents attached as exhibits to the Declaration of Allison O'Hara in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint ("O'Hara Decl."):

**Exhibit 3:**  A true and correct copy of a press release issued by Airbnb on June 3, 2025, titled "Airbnb Provides Copies of Stockholder Complaint and Alleged Stockholder Proposals"; and

**Exhibit 4:**  A true and correct copy of the Current Report on Form 8-K, filed by Airbnb with the SEC on June 7, 2024, with attached Restated Certificate of Incorporation.

## II.  ARGUMENT

When ruling on a Rule 12(b)(6) motion to dismiss, "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine . . . in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007).  Under Federal Rule of Evidence 201(d), if requested by a party, a court must take judicial notice of documents that are not subject to reasonable dispute and are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *In re NAHC, Inc. Sec. Litig.*, 306 F.3d 1314, 1331 (3d Cir. 2002); *Oran v. Stafford*, 226 F.3d 275, 289 (3d Cir. 2000) (Alito, J.).

1

Exhibits 3 and 4 are proper subjects of judicial notice and may be considered when evaluating Defendants' Motion to Dismiss.  Courts in the Third Circuit routinely take judicial notice of publicly filed documents and press releases because they are "not subject to reasonable dispute" and are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  *In re NAHC*, 306 F.3d at 1331; *Oran*, 226 F.3d at 289.  Exhibit 3 is judicially noticeable because it is a publicly available press release published on Airbnb's website.  *See In re NutriSystem, Inc. Sec. Litig.*, 653 F. Supp. 2d 563, 566-67 n.2 & n.4 (E.D. Pa. 2009) (taking judicial notice of press releases issued by the company); *Cf. In re Integra Lifesciences Holdings Corp. Sec. Litig.*, 2025 WL 1798386, at *12 (D.N.J. June 30, 2025) (explaining a court may take judicial notice of publicly available news articles at the motion to dismiss stage, noting that they are taken notice to the extent that "these articles were 'in the public realm at the time' and not whether their contents are in fact true").  Here, Exhibit 3 is a press release issued by Airbnb and posted on Airbnb's its public website and is thus, publicly available.  Defendants do not cite this document for its truth, but rather to show Airbnb's public disclosures regarding the matters therein.

Exhibit 4 is a publicly available document that Airbnb filed with the SEC.  Its contents are capable of immediate and accurate determination on the SEC's public website and are not subject to reasonable dispute.  Taking judicial notice of Exhibit 4 is therefore proper.  *See, e.g., In re NAHC*, 306 F.3d at 1331 (recognizing that "(1) documents relied upon in the Complaint ([such as] SEC filings and press releases)" and "(2) documents filed with the SEC, but not relied upon in the Complaint" are proper subjects of judicial notice).

## III.    CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of Exhibits 3–4 in connection with Defendants' Motion to Dismiss.

ROSS ARONSTAM & MORITZ LLP

*/s/ David E. Ross*

*Of Counsel:*

Blair Connelly
Zachary L. Rowen
Ben Harris
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
(212) 906-1200
blair.connelly@lw.com
zachary.rowen@lw.com
ben.harris@lw.com

Kristin N. Murphy
Allison O'Hara
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
(714) 540-1235
kristin.murphy@lw.com
allie.o'hara@lw.com

August 11, 2025

David E. Ross (#5228)
S. Michael Sirkin (#5389)
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 576-1600
dross@ramllp.com
msirkin@ramllp.com

*Attorneys for Defendants Airbnb, Inc., Ronald A. Klain, Elinor Mertz, Angela Yang, Brian Chesky, Angela Ahrendts, Amrita Ahuja, Nathan Blecharczyk, Kenneth Chenault, Joe Gebbia, Jeffrey Jordan, Alfred Lin, and James Manyika*