**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| THE HERITAGE FOUNDATION & AMERICAN CONSERVATIVE VALUES ETF,<br><br>Plaintiffs,<br><br>v.<br><br>AIRBNB, INC., *et al.*,<br><br>Defendants. | Civil Action No. 25-676-GBW |

## ORDER

At Wilmington this 12th day of February 2026, **IT IS HEREBY ORDERED** that Defendants Airbnb, Inc., Ronald A. Klain, Elinor Mertz, Angela Yang, Brian Chesky, Angela Ahrendts, Amrita Ahuja, Nathan Blecharczyk, Kenneth Chenault, Joe Gebbia, Jeffrey Jordan, Alfred Lin, and James Manyika's Motion to Dismiss for Failure to State a Claim ("Defendants' Motion") (D.I. 26) is **GRANTED-IN-PART** and **DENIED-IN-PART**, as follows:

1. Defendants' Motion with respect to Count I is **DENIED** as to Airbnb, Inc. Defendants' Motion with respect to Count I is **GRANTED** as to Defendants Ronald A. Klain, Elinor Mertz, Angela Yang, Brian Chesky, Angela Ahrendts, Amrita Ahuja, Nathan Blecharczyk, Kenneth Chenault, Joe Gebbia, Jeffrey Jordan, Alfred Lin, and James Manyika (together, the "Individual Defendants").

2. Defendants' Motion is **GRANTED** with respect to Counts II, III, IV, and V as to all Defendants.

3. The Individual Defendants are dismissed from this action.

4. Plaintiffs may seek leave to file an amended pleading.

5.  By no later than March 12, 2026, the parties shall meet and confer and file a joint proposed Scheduling Order in this action consistent with the applicable form Scheduling Order of Judge Williams, which is posted at http://www/ded/uscourts.gov (*see* Chambers, Judge Williams, Forms), along with a cover letter requesting the Court to enter the joint proposed Scheduling Order (if there are no disputes or other issues concerning scheduling that the Court needs to address) or to schedule the Scheduling Conference. If there are disputes or other issues the Court needs to address in the joint proposed Scheduling Order, in the cover letter, the parties shall direct the Court to the paragraph numbers in the joint proposed Scheduling Order which those appear. The parties should also send a WORD version of the joint proposed Scheduling Order to gbw_civil@ded.uscourts.gov.

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE
