# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THE HERITAGE FOUNDATION;
AMERICAN CONSERVATIVE VALUES
ETF,

      *Plaintiffs*,

    v.

AIRBNB, INC.; RONALD A. KLAIN;
ELINOR MERTZ; ANGELA YANG;
BRIAN CHESKY; ANGELA AHRENDTS;
AMRITA AHUJA; NATHAN
BLECHARCZYK; KENNETH
CHENAULT; JOE GEBBIA; JEFFREY
JORDAN; ALFRED LIN; JAMES
MANYIKA,

      *Defendants*.

No. 1:25-cv-676-GBW

## MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs hereby move

for the voluntary dismissal of all claims in Plaintiffs' Second Amended Complaint

with prejudice, with the parties to bear their own costs and attorneys' fees.

1

Date: July 9, 2026

/s/ Ronald P. Golden III
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Counsel for Plaintiffs*

/s/ James R. Wedeking
James R. Wedeking (*pro hac vice*)
BOYDEN GRAY PLLC
800 Connecticut Ave. NW #900
Washington, DC 20006
(202) 706-5488
jwedeking@boydengray.com

*Counsel for Plaintiff The Heritage
Foundation*

/s/ Philip A. Sechler
Philip A. Sechler (*pro hac vice*)
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4783
psechler@ADFLegal.org

*Counsel for Plaintiff American
Conservative Values ETF*

2