## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| THE HERITAGE FOUNDATION; AMERICAN CONSERVATIVE VALUES ETF, <br><br> *Plaintiffs,* <br><br> v. <br><br> AIRBNB, INC.; RONALD A. KLAIN; ELINOR MERTZ; ANGELA YANG; BRIAN CHESKY; ANGELA AHRENDTS; AMRITA AHUJA; NATHAN BLECHARCZYK; KENNETH CHENAULT; JOE GEBBIA; JEFFREY JORDAN; ALFRED LIN; JAMES MANYIKA, <br><br> *Defendants.* | No. 1:25-cv-00676-GBW |

## ORDER

The Court having considered Plaintiffs' motion to dismiss with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);

IT IS HEREBY ORDERED THAT the Motion is GRANTED. The above captioned case is DISMISSED WITH PREJUDICE. All parties shall bear their own costs and attorneys' fees.

Dated: July 24, 2026

_____
UNITED STATES DISTRICT JUDGE